IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT RHODES,**

    Petitioner,

vs.                                     5:04-CV-196-SPM

**JAMES McDONOUGH,**

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 19) dated September 28, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 19) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is hereby *denied*.

3. This case is *dismissed*, and the clerk is directed to close the file.

**DONE AND ORDERED** this <u>thirtieth</u> day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge